**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Raul Horta-Castrejon, | 2:17-cv-01567-JAD-NJK |
| Petitioner | **Reply Deadline Order** |
| v. | |
| Jefferson Sessions, III, et al., | |
| Respondents | |

In my November 1, 2017, order, I did not set a reply deadline for petitioner Raul Horta-Castrejon.[1] Accordingly, IT IS HEREBY ORDERED that **Horta-Castrejon has until February 19, 2018, to reply** to respondents' answer. Once a reply is filed, I will resolve this matter as promptly as the docket allows.

DATED: January 26, 2018.

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 2.